

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-10-00129-CV

COSTCO WHOLESALE CORPORATION

APPELLANT

V.

CHRISTINE TRONNES AND VERNON A. TRONNES

APPELLEES

------------

FROM THE 352ND DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered appellant's "Unopposed Motion To Dismiss." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid according to the parties' agreement. *See generally* Tex. R. App. P. 42.1(d), 43.4.

PER CURIAM

---

[1]*See* Tex. R. App. P. 47.4.

PANEL:  GARDNER, J.; LIVINGSTON, C.J.; and WALKER, J.

DELIVERED:  January 13, 2011